**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUY FAIRON, an individual<br><br>                                              Plaintiff(s)<br>v.<br>Natural Tonic Center, Ocean View Plaza L.P.<br><br>                                              Defendant(s) | CASE NUMBER:<br><br>8:18-cv-01420-JVS-DFM<br><br>**ADA DISABILITY ACCESS LITIGATION: APPLICATION FOR STAY AND EARLY MEDIATION** |

1. Party (name): _Ocean View Plaza L.P. a California limited partnership_ requests a stay of proceedings and early mediation through the Court's ADR Program

2. The complaint in this case asserts a claim under Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12181-12189.

3. The party filing this Application for Stay and Early Mediation requests that the Court:

   a. Stay these proceedings;

   b. Schedule an early mediation through the Court's ADR Program;

   c. Order Plaintiff to file with the Court and serve on Defendant(s) within fourteen (14) days of the date of the Order granting Application for Stay and Early Mediation a statement that includes the following:

      1) An itemized list of specific conditions on the subject premises that are the basis of the claimed violations of the ADA; and

      2) An itemized list of damages and, for each item, the amount sought.

   d. Order Defendant to file with the Court and serve on Plaintiff(s) at least ten (10) days before the date set for the early mediation any evidence Defendant intends to rely upon to support a claim that the alleged violations have been remedied or that no violation exists.

Date: _September 11, 2018_

_Leslie A. Bower_
*Type or Print Name*

_[signature]_
*Signature of Attorney (or Party without Attorney)*

**Opposition to this Application for Stay and Early Mediation
must be filed no later than seven (7) days from the date of service of this
Application for Stay and Early Mediation.**

**PROOF OF SERVICE**

I, Leslie A. Bower, am over the age of 18 years and not a party to the within action; my business address is 92 Argonaut Ste 120, Aliso Viejo, CA 92656.

On September 11, 2018, I caused the document described as ADA DISABILITY ACCESS LITIGATION: APPLICATION FOR STAY AND EARLY MEDIATION to be served upon the parties in case number **8:18-cv-01420-JVS-JDE** as follows:

*On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case caption.*

Via Notice of Electronic Filing generated by the Court's CM/ECF filing system, pursuant to the Court's Local Rules to the addresses listed below:

tim@mcfarlinlaw.com
jarrod@mcfarlinlaw.com

A copy was also sent by US Mail, first class postage prepaid on the same date to:

Timothy G. McFarlin
Jarrod Y. Nakano
McFarlin LLP
4 Park Plaza, Suite 1025
Irvine, CA 92614-2576

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: September 11, 2018     By:  /s/   Leslie A. Bower