JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Guy Fairon, | ) | SACV 18-01420 JVS (DFMx) |
| | ) | |
|       Plaintiff, | ) | ORDER OF DISMISSAL UPON |
| | ) | SETTLEMENT OF CASE |
|  v. | ) | |
| Natural Tonic Center, et al., | ) | |
| | ) | |
|       Defendant(s). | ) | |
| _____ | ) | |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: November 20, 2018

                                          James V. Selna
                                   United States District Judge